# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

Oscar Torres

| | |
|---|---|
| Case Number: | 4:10CR00188-08-SWW |
| USM | 26132-009 |

**Date of Original Judgment:** May 5, 2011

**Date of Previous Amended Judgment:** March 15, 2012        N/A
*(Use Date of Last Amended Judgment if Any)*                 Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.
**X** GRANTED and the defendant's previously imposed sentence of imprisonment of
    78 months **is reduced to 51 months.**

Except as provided above, all provisions of the judgment dated May 5, 2011 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/17/2014                    /s/Susan Webber Wright
                                          United States District Judge

Effective Date: November 1, 2015
        *(If different from order date)*